# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| STEVEN W. TAFOYA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SUSAN I. BAUR, et al.,<br><br>　　　　　　Defendants. | CASE NO. C13-5708 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 11. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)　The R&R is **ADOPTED**; and

(2)　The Court dismisses this action without prejudice because plaintiff has failed to keep the Court apprized of a current address as required by Local Rule 41(b)(2).

Dated this 2nd day January, 2014.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER